## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DUSA PHARMACEUTICALS, INC.      Case: 2:06-cv-10273
a New Jersey corporation; and      Hon. Duggan, Patrick J.
QUEEN'S UNIVERSITY AT KINGSTON,
a Canadian Academic Organization
      Plaintiffs,
V.

AMIRA EL-ALAYLI SOHEIM, M.D.,
Individually, and d/b/a
HARPER LASER CLINIC,
      Defendants,
      AND
AMIRA EL-ALAYLI SOHEIM, M.D.,
Individually, and d/b/a
HARPER LASER CLINIC,
      Third Party Plaintiffs,
V.

NEW ENGLAND COMPOUNDING CENTER, A Massachusetts Company
      Third Party Defendant

### ORDER OF DISMISSAL

The above-styled action is before the court on the Stipulation of Dismissal with Prejudice filed by the Third-Party Plaintiffs AMIRA EL-ALAYLI SOHEIM, M.D., Individually, and doing business as the HARPER LASER CLINIC, and the Third-Party Defendant, NEW ENGLAND COMPOUNDING CENTER. Upon consideration of the matters presented, and for good cause shown, it is **ORDERED** that the Third-Party Plaintiffs' claims against the Third-Party Defendant in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs.

           s/Patrick J. Duggan
           Patrick J. Duggan
           United States District Judge

Dated:  November 27, 2006
I hereby certify that a copy of the foregoing document was served upon counsel of record on November 27, 2006, by electronic and/or ordinary mail.

           s/Marilyn Orem
           Case Manager